

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00204-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Concerning the underlying action, the trial court held hearings on March 31, 2022 (the "March 31 order") and April 1, 2022 (the "April 1 order").

On April 12, 2022, the relator filed an amended petition for writ of mandamus complaining of the March 31 and April 1 orders. Relator also filed an amended emergency motion asking this court to stay: the March 31 order, April 1 order, "further orders regarding the creation of contracts or the payment of funds regarding this child's placement and services," and "any contempt proceedings, sanctions, or any enforcement action on the March 31 and April 1 orders."

Given the time constraints, the relator has not been able to obtain a transcript of the April 1, 2022 hearing. We ORDER relator to file, **April 28, 2022**, a transcript of the April 1, 2022 hearing.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **on or before May 3, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We GRANT the motion for temporary emergency relief in part as follows:

1.      The following decretal paragraph in the trial court's March 31 order titled "Progress Report Order" is STAYED pending further order of this court.

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In The Interest of M.T.M.S., A Child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

2.4 The Court orders special contracts as needed to procure placement for M.T.M.S.

2. The following decretal paragraph in the trial court's April 1 order titled "Progress Report Order" is STAYED pending further order of this court.

2.5 The Court orders special contracts as needed to procure placement for M.T.M.S.

3. Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this court.

4. Any contempt proceedings, sanctions, or any enforcement of the March 31 or April 1 orders are STAYED pending further order of this court.

It is so **ORDERED** on April 18, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court